IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARNOLD WILLIAM LEVI,

    Plaintiff,                    No. CIV S-04-2423 DFL KJM P

    vs.

TERRY ROSARIO, et al.,

    Defendants.                ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed under 42 U.S.C. § 1983. By order filed August 4, 2005, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The amended complaint states a cognizable claim for relief under 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of his Eighth Amendment claims against defendants Van Zandt, Michelson and Mitchell; his First Amendment claims against defendants Mitchell, Michelson and Rosario; and his Fourteenth Amendment claims against defendants Walker and Rosario. With respect to the remainder of plaintiff's claims, plaintiff's complaint fails to state a claim upon which relief can be granted. Therefore, the court will only order service of process on the above-named defendants.

In accordance with the above, IT IS HEREBY ORDERED that:

    1. Service is appropriate for defendants: Michelson, Mitchell, Rosario, Van Zandt and Walker.

    2. The Clerk of the Court shall send plaintiff five USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed September 6, 2005.

    3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

        a. The completed Notice of Submission of Documents;

        b. One completed summons;

        c. One completed USM-285 form for each defendant listed in number 1 above; and

        d. Six copies of the endorsed amended complaint filed September 6, 2005.

    4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants under Federal Rule of Civil Procedure 4 without payment of costs.

DATED: May 2, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

1 levi2423.1(9.6.05)

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARNOLD WILLIAM LEVI,

      Plaintiff,                        No. CIV-S-04-2423 DFL KJM P

     vs.

TERRY ROSARIO, et al.,              <u>NOTICE OF SUBMISSION</u>

      Defendants.                    <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     __1__     completed summons form

     __5__     completed USM-285 forms

     __6__     copies of the ____9/6/05____
                                   Amended Complaint

DATED:

                                                  Plaintiff